1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TAHOE REGIONAL PLANNING                No.  2:21-cv-02243-TLN-CKD
     AGENCY,
12                                          ORDER VACATING HEARING AND
                    Plaintiff,             ORDER TO RESPOND
13
14          v.

     JACOB PARKER,
15
                    Defendant.
16

17

18          Presently pending before the court is plaintiff's motion for default judgment, which is set

19   for hearing on March 15, 2023.  (ECF No. 21.)  Pursuant to Local Rule 230(c), defendant was

20   required to file an opposition or statement of non-opposition to the motion no later than fourteen

21   (14) days prior to the hearing date, i.e., by February 1.  Although that deadline has passed, no

22   opposition or statement of non-opposition was filed.  (See ECF No. 22.)

23          Out of an abundance of caution, and in light of the court's desire to resolve the action on

24   the merits, the court provides defendant one additional, final opportunity to oppose the motion.

25          Accordingly, IT IS HEREBY ORDERED that:

26          1.  The March 15, 2023 hearing on plaintiff's motion for default judgment is VACATED.

27              The court takes this matter under submission on the papers without oral argument,

28              pursuant to Local Rule 230(g).  The court will reschedule a hearing at a future date, if

                                              1

1    necessary;

2    2.  Any opposition shall be filed no later than March 14, 2023, and the reply brief from

3        plaintiff, if any, is due March 21, 2023;

4    3.  Defendant is cautioned that failure to respond to the motion in compliance with this

5        order will be deemed as consent to a summary grant of the motion, and may result in

6        the imposition of a default judgment against defendant; and

7    4.  Plaintiff shall promptly serve a copy of this order on defendant at his last-known

8        address, and file a proof of service.

9    Dated:  February 27, 2023

10   _____
     CAROLYN K. DELANEY

11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17   2/tahoe2243.default-vacate hrg

18

19

20

21

22

23

24

25

26

27

28